U.S. DISTRICT COURT FILED
MAY 28 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

PABLO FERNANDEZ,

                        Petitioner,                  **CIVIL JUDGMENT**

   -against-                                        08 Civ. 3102 (KMW)

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------------X

    By order dated March 27, 2008, petitioner was directed to submit an amended petition within sixty (60) days of the date of that order. Given that petitioner failed to file an amended petition as specified, it is,

    ORDERED, ADJUDGED AND DECREED: That the petition is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                          /s/ Kimba M. Wood

                                                      KIMBA M. WOOD
                                                      Chief Judge

Dated: MAY 28 2008
         New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON  5/30/08